[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

OCT 16 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Shirley Beecham
)
) United States District Court
) Northern District of Illinois
Plaintiff )
)
) 1:17-cv-07497
Dr. O. IDOWU MD. v. ) Judge Robert M. Dow
Dr. Stuart A. Krauss MD. ) Magistrate Judge Sheila M. Finnegan
Vanguard Medical Group. )
Weiss Memorial Hospital Defendant )

Cause of action
Battery
False imprisonment
Bodily mutilation
Violation of Ill-wrongful Death Act.

**COMPLAINT**

Medicare Fraud

(1) Plaintiff Shirley Beecham Pro Se filing a Medical Health Care Fraud claim against Defendants.

(2) Defendants caused the death of Annie Beecham, the decedent, the mother of the Plaintiff October 16, 2017.

(3) Defendant's engaged in Medicare Fraud, made false claims to Medicare for Chemo Drugs to administered to Annie Beecham, the decedent, when she never had Leukemia;

(4) Defendants Administered the drugs to Annie Beecham to Justify Billing Medicare.

(5) Annie Beecham, the decedent developed chemotherapy induced peripheral neuropathy that paralyzed her upper and lower extremities (Legs and arms).

(6) Defendants Tried to reverse the paralysis by administering a variety of dangerous drugs that caused life threatening side effects.

(7) Defendants developed a bed sore while in the Hospital that

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Developed into stage three bedsore. This caused the decedents death. Death certificate indicated cause of death was a noxic encephalathy. See exhibit

(8) Plaintiff will complete and amend this complaint

*Shirley Beecham*

Shirley Beecham
6118 N. Sheridan Rd #707
Chicago IL 60660
773-465-5313

**Stage Three**



**Stage Four**

## Bedsore Photographs

### Stage One



This image displays a well-defined, superficial decubitus ulcer.

### Stage Two



Case: 1:17-cv-07497 Document #: 1 Filed: 10/16/17 Page 5 of 6 PageID #:5



Cornell Law School

Legal Information Institute — OPEN ACCESS TO LAW SINCE 1992 [LII]

U.S. Code › Title 18 › Part I › Chapter 63 › § 1347

# 18 U.S. Code § 1347 - Health care fraud

(a) Whoever knowingly and willfully executes, or attempts to execute, a scheme or artifice—

(1) to defraud any health care benefit program; or

(2) to obtain, by means of false or fraudulent pretenses, representations, or promises, any of the money or property owned by, or under the custody or control of, any health care benefit program,

in connection with the delivery of or payment for health care benefits, items, or services, shall be fined under this title or imprisoned not more than 10 years, or both. If the violation results in serious bodily injury (as defined in section 1365 of this title), such person shall be fined under this title or imprisoned not more than 20 years, or both; and if the violation results in death, such person shall be fined under this title, or imprisoned for any term of years or for life, or both.

(b) With respect to violations of this section, a person need not have actual knowledge of this section or specific intent to commit a violation of this section.

(Added Pub. L. 104–191, title II, § 242(a)(1), Aug. 21, 1996, 110 Stat. 2016; amended Pub. L. 111–148, title X, § 10606(b), Mar. 23, 2010, 124 Stat. 1008.)

*LII has no control over and does not endorse any external Internet site that contains links to or references LII.*

About LII

Contact us

Advertise here

Help

Terms of use

Privacy

[LII]



# Illinois General Assembly

Home | Legislation & Laws | Senate | House | My Legislation | Site Map

- Bills & Resolutions
- Compiled Statutes
- Public Acts
- Legislative Reports
- IL Constitution
- Legislative Guide
- Legislative Glossary

**Search By Number**
(example: HB0001)

Go | Search Tips

**Search By Keyword**

Go
Search Tips

Advanced Search





## Illinois Compiled Statutes

Back to Act Listing | Public Acts | Search | Guide | Disclaimer | Printer-Friendly Version

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

## CIVIL LIABILITIES
## (740 ILCS 180/) Wrongful Death Act.

```
    (740 ILCS 180/0.01) (from Ch. 70, par. 0.01)
    Sec. 0.01. Short title. This Act may be cited as the
Wrongful Death Act.
(Source: P.A. 86-1324.)

    (740 ILCS 180/1) (from Ch. 70, par. 1)
    (Text of Section WITH the changes made by P.A. 89-7, which
has been held unconstitutional)
    Sec. 1. Whenever the death of a person shall be caused by
wrongful act, neglect or default, and the act, neglect or
default is such as would, if death had not ensued, have entitled
the party injured to maintain an action and recover damages in
respect thereof, then and in every such case the person who or
company or corporation which would have been liable if death had
not ensued, shall be liable to an action for damages,
notwithstanding the death of the person injured, and although
the death shall have been caused under such circumstances as
amount in law to felony. No action may be brought under this Act
if the decedent had brought a cause of action with respect to
the same underlying incident or occurrence which was settled or
on which judgment was rendered.
    This amendatory Act of 1995 applies to causes of action
accruing on or after its effective date.
(Source: P.A. 89-7, eff. 3-9-95.)

    (Text of Section WITHOUT the changes made by P.A. 89-7,
which has been held unconstitutional)
    Sec. 1. Whenever the death of a person shall be caused by
wrongful act, neglect or default, and the act, neglect or
default is such as would, if death had not ensued, have entitled
the party injured to maintain an action and recover damages in
respect thereof, then and in every such case the person who or
company or corporation which would have been liable if death had
not ensued, shall be liable to an action for damages,
notwithstanding the death of the person injured, and although
the death shall have been caused under such circumstances as
amount in law to felony.
(Source: Laws 1853, p. 97.)
```